**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Houston Casualty Company,<br><br>Plaintiff,<br><br>v.<br><br>Weis Builders, Inc. and Egan Company,<br><br>Defendants. | Civil File No. 22-cv-1106-KMM-DJF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled matter is dismissed with prejudice and without attorney's fees, costs or disbursements to any party.

Dated: February 29, 2024

**HINSHAW & CULBERTSON LLP**

*s/ Paulette S. Sarp*

Paulette S. Sarp, Reg. No. 351453
250 Nicollet Mall, Suite 1150
Minneapolis, MN 55401
Telephone: 612-333-3434
Facsimile: 612-334-8888
psarp@hinshawlaw.com

Attorneys for Plaintiff Houston Casualty Company

Dated: February 29, 2024

**MASLON LLP**

*s/ Jevon C. Bindman*
David E. Suchar, Reg. No. 392583
Jevon C. Bindman, Reg. No. 396337
Abigail Maier, Reg. No. 403658
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402
Telephone: 612-672-8200
David.suchar@maslon.com
Jevon.bindman@maslon.com
Abigail.maier@maslon.com

Attorneys for Defendants Weis Builders, Inc. and Egan Company