**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Houston Casualty Company,<br><br>Plaintiff,<br><br>v.<br><br>Weis Builders, Inc. and Egan Company,<br><br>Defendants. | Court File No. 22-cv-1106-KMM-DJF<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of Dismissal With Prejudice (Doc. No. 48) filed by the parties herein,

**IT IS HEREBY ORDERED** that all claims by and among the parties in this action are dismissed with prejudice, with the parties to each bear their own attorney's fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated:____________________

________________________________________
Kate M. Menendez
United States District Court